**KAUFMAN DOLOWICH & VOLUCK, LLP**
Gino A. Zonghetti, Esq. (BBO #: 663120)
Court Plaza North
25 Main Street, Suite 500
Hackensack, New Jersey 07601
Tel: (201) 488–6655
Fax: (201) 488-6652
*Attorneys for Defendant,*
*Seastreak, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD NOPPER,<br><br>     Plaintiff,<br><br>v.<br><br>SEASTREAK, LLC,<br><br>     Defendant. | **Docket No:**<br><br>**NOTICE OF REMOVAL** |

  **PLEASE TAKE NOTICE** that Defendant, Seastreak, LLC ("Defendant" or "Seastreak"), a Delaware Limited Liability Company, by and through its attorneys, Kaufman Dolowich & Voluck, LLP, hereby removes the above-captioned action from the Superior Court of Massachusetts for Bristol County, to the United States District Court for the District of Massachusetts.

  Removal to this Court is proper under 28 U.S.C. §§ 1441 and 1446, and 28 U.S.C. § 1332(a)(1), on the basis of diversity jurisdiction. Removal is based on the following grounds:

  1. Plaintiff filed his Complaint against Defendant on or about January 26, 2022. Attached hereto as **Exhibit A** is Plaintiff's Complaint. No other pleadings have been served on Defendant or have been filed with the Superior Court of Massachusetts for Bristol County.

1

2. Service was completed upon Defendant on or about May 2, 2022.

3. Because thirty (30) days have not yet expired since this action became removable to this Court, this removal is timely under 28 U.S.C. § 1446(b).

4. The United States District Court for the District of Massachusetts has original subject matter jurisdiction over this matter because Plaintiff's Complaint against Defendant falls within this Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332.

5. The citizenship of the parties in this matter is completely diverse.

6. Plaintiff pleaded in the Complaint that he is a citizen of the State of Pennsylvania, with a mailing address of P.O. Box 27, Chester Springs, Pennsylvania 19425. (See **Ex. A**).

7. Defendant, Seastreak, LLC, is a Delaware Limited Liability Company with its principal place of business at 2 First Avenue, Atlantic Highlands, New Jersey 07716. Defendant's sole member is Seastreak Holding Company, LLC, a Delaware Limited Liability Company with a principal place of business at 2 First Avenue, Atlantic Highlands, New Jersey 07716. Accordingly, defendant SeaStreak, LLC is a citizen of New Jersey and Delaware.

8. Defendant is also entitled to removal of this action because the amount in controversy requirement of 28 U.S.C. § 1332(a) is met.  Based on the damages and accompanying allegations in this instant action, Defendant has a good-faith belief that the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.  This matter involves the claim of "serious" personal injuries to plaintiff, Richard Nopper, sustained on November 15, 2020, while aboard a ferry allegedly operated by Seastreak, LLC. Plaintiff claims to have sustained a right shoulder rotator cuff tear, requiring surgical intervention. Plaintiff's Statement of Damages alleged upwards of $32,154.00 in damages for medical expenses already received, and with the value of lost wages, future medical and hospital expenses, and other damages still to be determined. Given plaintiff has

pleaded that he suffered great physical and mental pain, incurring great expenses, and still to incur future expenses related to the accident, Defendant has a good-faith belief that the amount in controversy in this lawsuit exceeds $75,000.00.

9. Upon the filing of this Notice of Removal, Defendant will serve written notice of the filing of this Notice of Removal upon Plaintiff and will cause a copy of this Notice to be filed with the Clerk of the Superior Court of Massachusetts for Bristol County, in accordance with 28 U.S.C. § 1446(d).

10. Defendant reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant, Seastreak, LLC requests that the above-entitled action be removed from the Superior Court of Massachusetts for Bristol County, to the United States District Court for the District of Massachusetts.

Dated: May 16, 2022

KAUFMAN DOLOWICK & VOLUCK, LLP
*Attorneys for Defendant, Seastreak, LLC*

By: _____
Gino A. Zonghetti, Esq. (BBO #: 663120)
25 Main Street, Suite 500
Hackensack, New Jersey 07601
(201) 708-8240
gzonghetti@kdvlaw.com

To:   United States District Court,
District of Massachusetts
Office of the Clerk
1 Courthouse Way
Boston, Massachusetts 02210

The Superior Court of Massachusetts
Bristol County Superior Court
Clerk of Court
441 County Street, First Floor

New Bedford, Massachusetts 02740

Brian R. Cunha, Esq.
BRIAN CUNHA & ASSOCIATES, P.C.
*Attorneys for Plaintiff, Richard Nopper*
311 Pine Street
Fall River, MA 02720

**KAUFMAN DOLOWICH & VOLUCK, LLP**
Gino A. Zonghetti, Esq. (BBO #: 663120)
Court Plaza North
25 Main Street, Suite 500
Hackensack, New Jersey 07601
Tel: (201) 488–6655
Fax: (201) 488-6652
*Attorneys for Defendant,*
*Seastreak, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD NOPPER,<br><br>    Plaintiff,<br><br> v.<br><br>SEASTREAK, LLC,<br><br>    Defendant. | **Docket No.:**<br><br>**CERTIFICATION OF SERVICE** |

  I, Gino A. Zonghetti, Esq., hereby certify that on May 16, 2022, I caused a copy of the Notice of Removal, on behalf of Defendant Seastreak, LLC, to be filed electronically with the Clerk of Court for the United States District Court for the District of Massachusetts and the Clerk of Court for the Superior Court of Massachusetts for Bristol County, with copies served electronically and by regular mail on Counsel and parties listed below:

Brian R. Cunha, Esq.
BRIAN CUNHA & ASSOCIATES, P.C.
*Attorneys for Plaintiff, Richard Nopper*
311 Pine Street
Fall River, MA 02720

Dated: May 16, 2022         KAUFMAN DOLOWICK & VOLUCK, LLP
                  *Attorneys for Defendant, Seastreak, LLC*

By: _____
Gino A. Zonghetti, Esq. (BBO #: 663120)
25 Main Street, Suite 500
Hackensack, New Jersey 07601
(201) 708-8240
gzonghetti@kdvlaw.com

To:      United States District Court,
         District of Massachusetts
         Office of the Clerk
         1 Courthouse Way
         Boston, Massachusetts 02210

         The Superior Court of Massachusetts
         Bristol County Superior Court
         Clerk of Court
         441 County Street, First Floor
         New Bedford, Massachusetts 02740

         Brian R. Cunha, Esq.
         BRIAN CUNHA & ASSOCIATES, P.C.
         *Attorneys for Plaintiff, Richard Nopper*
         311 Pine Street
         Fall River, MA 02720