# EXHIBIT A

A True Attested Copy

BRISTOL COUNTY DEPUTY SHERIFF **Commonwealth of Massachusetts**

BRISTOL, SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 2273CV00077

Richard Nopper, PLAINTIFF(S),

v.

Seastreak, LLC, DEFENDANT(S)

### SUMMONS

THIS SUMMONS IS DIRECTED TO Seastreak, LLC (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Bristol County Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:
   a. Filing your **signed original** response with the Clerk's Office for Civil Business, Superior Court, _____ (address), by mail or in person, **AND**
   b. Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: 311 Pine Street, Fall River, MA 02720

3. **What to include in your response.** An **"Answer"** is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

A True Attested Copy  4/21/22

*[signature]*

BRISTOL COUNTY DEPUTY SHERIFF

4. **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on ___April 20___, 20_22_. (SEAL)

Marc J. Santos
Clerk-Magistrate

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, 20___, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5)):

_____
_____
_____

Dated: _____, 20___    Signature: _____

**N.B.    TO PROCESS SERVER:**

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX – BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss                                             SUPERIOR COURT DIVISION

RICHARD NOPPER        )
       *Plaintiff*         )
                      )
vs                    )                                 C.A. NO:
                      )
SEASTREAK, LLC        )
       *Defendant*         )
_____)

## COMPLAINT

NOW COMES the Plaintiff, Richard Nopper, and alleges and states the following cause of action:

### PARTIES

1. The Plaintiff, Richard Nopper, is a citizen of the State of Pennsylvania, with a mailing address of P.O. Box 27, Chester Springs, Pennsylvania 19425.

2. The Defendant, Seastreak, LLC, is a New Jersey corporation, doing business in the Commonwealth of Massachusetts with its principal office located at 49 State Pier, New Bedford, Massachusetts 02740.

### COUNT I

3. That on or about November 15, 2020, the Plaintiff, Richard Nopper, was a passenger on a ferry traveling from Nantucket to New Bedford, Massachusetts. As the ferry left the dock, it struck one of the stanchions causing Mr. Nopper to fall backwards. The Plaintiff was unaware of any serious injury until March 1, 2021 in which he learned that the had suffered a rotator cuff tear to his right shoulder.

4. At all times material hereto, the Plaintiff was in the exercise of due care.

5. That the Defendant, its agents, servants and/or employees failed to maintain the ferry free from hazardous conditions that created a serious risk of harm to foreseeable passengers.

6. That the Defendant, its agents, servants and/or employees allowed operation of the ferry with passengers, knowing of the hazardous condition and its potential for serious harm.

7. That as a direct result and proximate cause of the Defendant, its agents, servants and/or employee's carelessness, negligence and recklessness in the operation of the ferry, the Plaintiff was caused to suffer serious injuries to both his body and mind.

8. As a further direct and proximate result of the negligence of the Defendant, its agents, servants and/or employees the Plaintiff was caused to suffer great physical pain and mental anguish, medical expenses, care and attendance, and will in the future incur further medical expenses.

WHEREFORE, the Plaintiff, Richard Nopper, demands the following:

1. Judgment against the Defendant, Seastreak, LLC; and

2. Such other relief as this Honorable Court deems meet and proper; and

3. Trial by jury.

Plaintiff, Richard Nopper
By his Attorneys,
BRIAN CUNHA & ASSOCIATES, P.C.

*/s/ Brian R. Cunha*

Brian R. Cunha, Esq.
311 Pine Street
Fall River, MA  02720
Tel: 508- 675-9500
Fax: 508-679-6360
B.B.O. No: 108560

DATED:	January 26, 2022

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| PLAINTIFF(S): RICHARD NOPPER<br>ADDRESS: | DEFENDANT(S): SEASTREAK, LLC | COUNTY<br>Bristol |
| ATTORNEY: BRIAN R. CUNHA, ESQ.<br>ADDRESS: BRIAN CUNHA & ASSOCIATES, P.C.<br>311 PINE STREET, FALL RIVER, MA 02720 | ADDRESS: | |
| BBO: 108560 | | |

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B04 | PERSONAL INJURY | F | [X] YES  [ ] NO |

*If "Other" please describe:

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

#### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ........................................................... $ 20,000.00+
2. Total doctor expenses ............................................................. $ 1,400.00+
3. Total chiropractic expenses ..................................................... $ Unknown
4. Total physical therapy expenses ............................................. $ 2,325.00
5. Total other expenses (describe below) .................................... $ 8,429.00
   Subtotal (A): $ 32,154.00
MRI and x-rays

B. Documented lost wages and compensation to date ................. $ Unknown
C. Documented property damages to dated ................................ $ None
D. Reasonably anticipated future medical and hospital expenses . $ Unknown
E. Reasonably anticipated lost wages ......................................... $ Unknown
F. Other documented items of damages (describe below) ........... $ Unknown

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
The Plaintiff suffered a right shoulder rotator cuff tear resulting in surgical intervention.

TOTAL (A-F): $ 32,154.00

#### CONTRACT CLAIMS
(attach additional sheets as necessary)

Provide a detailed description of claims(s):

TOTAL: $

Signature of Attorney/Pro Se Plaintiff: X                                Date:

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18
I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X  *Brian Cunha*                  Date: Jan 26, 2022

| CIVIL TRACKING ORDER (STANDING ORDER 1-88) | DOCKET NUMBER 2273CV00077 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Richard Nopper vs. Seastreak, Llc | | Marc J. Santos, Clerk of Court Bristol County |
| TO: Brian R Cunha, Esq. Brian Cunha and Associates P.C. 311 Pine St Fall River, MA 02720 | | COURT NAME & ADDRESS Bristol County Superior Court - New Bedford 441 County Street, 1st floor New Bedford, MA 02740 |

## TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION                                       DEADLINE

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 04/26/2022 | |
| Response to the complaint filed (also see MRCP 12) | | 05/27/2022 | |
| All motions under MRCP 12, 19, and 20 | 05/27/2022 | 06/27/2022 | 07/26/2022 |
| All motions under MRCP 15 | 05/27/2022 | 06/27/2022 | 07/25/2022 |
| All discovery requests and depositions served and non-expert depositions completed | 11/23/2022 | | |
| All motions under MRCP 56 | 12/23/2022 | 01/23/2023 | |
| Final pre-trial conference held and/or firm trial date set | | | 05/22/2023 |
| Case shall be resolved and judgment shall issue by | | | 01/29/2024 |

The final pre-trial deadline is not the scheduled date of the conference. You will be notified of that date at a later time.

Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

This case is assigned to

| DATE ISSUED | ASSISTANT CLERK | PHONE |
|---|---|---|
| 01/27/2022 | Dina Swanson | (508)996-2051 |

Date/Time Printed: 01-27-2022 12:33:46                                              SCV026: 08/2018